IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **AFFILIATED ACCEPTANCE CORPORATION**<br><br>Plaintiff,<br><br>v.<br><br>**FRONT DESK, INC.,**<br><br>Defendant. | Case No. 4:16-cv-932<br><br>**JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, Affiliated Acceptance Corporation ("AAC") states that it is a privately owned company and that it has no parent company, and that no publicly-traded company owns 10% or more of its stock.

Dated: August 24, 2016

Respectfully Submitted,

 *s/ Cheryl L. Burbach*
Cheryl L. Burbach, Mo. State Bar No. 48605
  cburbach@hoveywilliams.com
Stephen J. Huggins, Mo. State Bar No. 63514
  shuggins@hoveywilliams.com
HOVEY WILLIAMS LLP
10801 Mastin Boulevard, Suite 1000
Overland Park, Kansas 66210
(913) 647-9050   Fax: (913) 647-9057

ATTORNEYS FOR PLAINTIFF

1